No. 09–10203. MITRANO *v.* DISTRICT OF COLUMBIA BAR. C. A. D. C. Cir. Certiorari denied.

No. 10–334. ROBERSON *v.* SHINSEKI, SECRETARY OF VETERANS AFFAIRS. C. A. Fed. Cir. Certiorari denied.

No. 10–348. JIANLIN ZHANG *v.* HOLDER, ATTORNEY GENERAL. C. A. 10th Cir. Certiorari denied.

No. 10–418. UNDER SEAL #10 *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–422. EXIDE TECHNOLOGIES *v.* ENERSYS DELAWARE, INC. C. A. 3d Cir. Certiorari denied.

No. 10–432. BEGGS, SHERIFF, CLEVELAND COUNTY, OKLAHOMA, ET AL. *v.* ABOEN, PERSONAL REPRESENTATIVE OF THE ESTATE OF CROWELL, DECEASED. Sup. Ct. Okla. Certiorari denied.

No. 10–436. R. H., BY HIS PARENTS AND NEXT FRIENDS, EMILY H. ET VIR *v.* PLANO INDEPENDENT SCHOOL DISTRICT. C. A. 5th Cir. Certiorari denied.

No. 10–454. ARIZONA CATTLE GROWERS' ASSN. *v.* SALAZAR, SECRETARY OF THE INTERIOR, ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–469. BALDWIN *v.* UNITED STATES DISTRICT COURT FOR THE DISTRICT OF THE NORTHERN MARIANA ISLANDS ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–499. LANDMARK SCREENS, LLC *v.* MORGAN, LEWIS & BOCKIUS LLP ET AL. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 10–508. COZZI *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 10–558. SAUNDERS *v.* EMORY HEALTHCARE, INC. C. A. 11th Cir. Certiorari denied.